## United States Bankruptcy Court
## District of Maryland

IN RE:                                                                    Case No. _____

**Murphy, Michael William** _____          Chapter **7** _____
Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____          Social Security number (If the bankruptcy
Printed Name and title, if any, of Bankruptcy Petition Preparer          petition preparer is not an individual, state
Address:                                                                  the Social Security number of the officer,
_____          principal, responsible person, or partner of
_____          the bankruptcy petition preparer.)
                                                                          (Required by 11 U.S.C. § 110.)
**X** _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Murphy, Michael William** _____          **X** _/s/ Michael William Murphy_____          3/24/2015
Printed Name(s) of Debtor(s)                              Signature of Debtor                              Date

Case No. (if known) _____          **X** _____
                                                          Signature of Joint Debtor (if any)                Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B1 (Official Form 1) (04/13)**

<table>
<tr><td colspan="2"> <b>United States Bankruptcy Court</b><br><b>District of Maryland</b> </td><td><b>Voluntary Petition</b></td></tr>
</table>

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Murphy, Michael William** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):   **3375** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1006 Old Turkey Point Road**<br>**Edgewater, MD**<br><br>ZIPCODE **21037** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br><br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Anne Arundel** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIPCODE | |

<table>
<tr>
<td>
<b>Type of Debtor</b><br>(Form of Organization)<br>(Check <b>one</b> box.)
☑ Individual (includes Joint Debtors)<br>
<i>See Exhibit D on page 2 of this form.</i><br>
☐ Corporation (includes LLC and LLP)<br>
☐ Partnership<br>
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>
<br>
<b>Chapter 15 Debtor</b>
Country of debtor's center of main interests:<br>
<br>
Each country in which a foreign proceeding by, regarding, or against debtor is pending:
</td>
<td>
<b>Nature of Business</b><br>(Check <b>one</b> box.)
☐ Health Care Business<br>
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>
☐ Railroad<br>
☐ Stockbroker<br>
☐ Commodity Broker<br>
☐ Clearing Bank<br>
☐ Other<br>
<br>
<b>Tax-Exempt Entity</b><br>(Check box, if applicable.)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).
</td>
<td>
<b>Chapter of Bankruptcy Code Under Which the Petition is Filed</b> (Check <b>one</b> box.)
☑ Chapter 7      ☐ Chapter 15 Petition for<br>
☐ Chapter 9          Recognition of a Foreign<br>
☐ Chapter 11         Main Proceeding<br>
☐ Chapter 12     ☐ Chapter 15 Petition for<br>
☐ Chapter 13         Recognition of a Foreign<br>
                Nonmain Proceeding<br>
<br>
<b>Nature of Debts</b><br>(Check one box.)
☑ Debts are primarily consumer   ☐ Debts are primarily<br>
   debts, defined in 11 U.S.C.     business debts.<br>
   § 101(8) as "incurred by an<br>
   individual primarily for a<br>
   personal, family, or house-<br>
   hold purpose."
</td>
</tr>
</table>

<table>
<tr>
<td>
<b>Filing Fee</b> (Check one box)
☑ Full Filing Fee attached<br>
<br>
☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>
<br>
☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.
</td>
<td>
<b>Chapter 11 Debtors</b>
<b>Check one box:</b><br>
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>
<b>Check if:</b><br>
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 <i>(amount subject to adjustment on 4/01/16 and every three years thereafter).</i><br>
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>
<b>Check all applicable boxes:</b><br>
☐ A plan is being filed with this petition<br>
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
</td>
</tr>
</table>

<table>
<tr>
<td>
<b>Statistical/Administrative Information</b><br>
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.
</td>
<td>
THIS SPACE IS FOR<br>COURT USE ONLY
</td>
</tr>
</table>

Estimated Number of Creditors

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (04/13)                                                                                                      Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Murphy, Michael William** |
|---|---|

### All Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location <br> Where Filed:**None** | Case Number: | Date Filed: |
|---|---|---|
| Location <br> Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: <br> **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** <br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> X __/s/ Samuel H. Paavola__        3/24/15 <br>      Signature of Attorney for Debtor(s)      Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

     ☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

     ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

     ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

     ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

     ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

     ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

     ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

     ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

     ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (04/13)                                                                                               Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Murphy, Michael William** |

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| **X** */s/ Michael William Murphy*      **Michael William Murphy**<br>Signature of Debtor<br><br>**X** _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br>**March 24, 2015**<br>Date | **X** _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |

| **Signature of Attorney*** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| **X** */s/ Samuel H. Paavola*<br>Signature of Attorney for Debtor(s)<br><br>**Samuel H. Paavola 24224**<br>**Paavola & Paavola**<br>**21401-3112**<br><br><br><br>**March 24, 2015**<br>Date<br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any,  of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** _____<br>Signature of Authorized Individual<br><br>_____<br>Printed Name of Authorized Individual<br><br>_____<br>Title of Authorized Individual<br><br>_____<br>Date | **X** _____<br>Signature<br><br>_____<br>Date<br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## District of Maryland

IN RE:                                                                    Case No. _____

**Murphy, Michael William** _____    Chapter **7** _____
                                    Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: ***/s/ Michael William Murphy*** _____

Date: **March 24, 2015** _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6 Summary (Official Form 6 - Summary) (12/13)**

## United States Bankruptcy Court
### District of Maryland

**IN RE:**                                                                    Case No. _____

**Murphy, Michael William** _____    Chapter **7** _____
                                    Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 278,600.00 | | |
| B - Personal Property | Yes | 3 | $ 9,225.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 326,329.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 2,700.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 24 | | $ 1,990,669.53 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $ 5,683.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | $ 5,640.00 |
| TOTAL | | 39 | $ 287,825.00 | $ 2,319,698.53 | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Maryland**

IN RE:                                                                   Case No. _____

**Murphy, Michael William** _____    Chapter **7** _____
                            Debtor(s)

### STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | | Amount |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 2,700.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| **TOTAL** | $ | **2,700.00** |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 12) | $ | 5,683.00 |
| Average Expenses (from Schedule J, Line 22) | $ | 5,640.00 |
| Current Monthly Income (from Form 22A-1 Line 11; **OR**, Form 22B Line 14; **OR**, Form 22C-1 Line 14 ) | $ | 7,083.00 |

**State the following:**

| | | | | |
|---|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | | $ | 47,729.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | 2,700.00 | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | | $ | 0.00 |
| 4. Total from Schedule F | | | $ | 1,990,669.53 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | | $ | 2,038,398.53 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Murphy, Michael William</u> _____   Case No. _____
                         Debtor(s)                                         (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **1006 Old Turkey Point Road, Edgewater, Maryland 21037** | | **H** | **278,600.00** | **326,329.00** |
| | | | | |
| **TOTAL** | | | **278,600.00** | |

(Report also on Summary of Schedules)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Murphy, Michael William**
_____    Case No. _____
Debtor(s)                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

    Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

    **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | **Cash on hand** | J | **2,000.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America Checking & Savings Account** | J | **2,000.00** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | **misc. household property** | | **500.00** |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **misc. clothing** | | **300.00** |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **96,000 shares in company that is no longer in business** | J | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Murphy, Michael William** _____  Case No. _____
Debtor(s)                                        (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18.  Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19.  Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22.  Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24.  Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | | **2003 Volkswagon Jetta**<br>**2005 Jeep Cherokee** | W<br>W | **1,364.00**<br>**3,061.00** |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | X | | | |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Murphy, Michael William** _____    Case No. _____
                                    Debtor(s)                                                (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **9,225.00** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/13)

**IN RE** Murphy, Michael William _____ Case No. _____
Debtor(s)                               (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:      ☑ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **1006 Old Turkey Point Road, Edgewater, Maryland 21037** | **ACM, C & JP Sec. 11-504(f)(II)** | **21,625.00** | **278,600.00** |
| | **ACM, Constit. Art. III § 43, 3 B.R. 559** | **256,975.00** | |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Cash on hand** | **ACM, C & JP § 11-504(b)(5)** | **2,000.00** | **2,000.00** |
| **Bank of America Checking & Savings Account** | **ACM, C & JP § 11-504(b)(5)** | **2,000.00** | **2,000.00** |
| **misc. household property** | **ACM, C & JP § 11-504(b)(4)** | **500.00** | **500.00** |
| **misc. clothing** | **ACM, C & JP § 11-504(b)(4)** | **300.00** | **300.00** |
| **2003 Volkswagon Jetta** | **ACM, C & JP § 11-504(b)(5)** | **1,364.00** | **1,364.00** |
| **2005 Jeep Cherokee** | **ACM, C & JP § 11-504(b)(5)** | **3,061.00** | **3,061.00** |

*Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

IN RE <u>Murphy, Michael William</u> _____    Case No. _____
Debtor(s)                                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3281**<br><br>**Bank of America**<br>**Attn:  Correspondence Unit/CA6-919-02-41**<br>**P.O. Box 5170**<br>**Simi Valley, CA  93062** | | H | **1006 Old Turkey Point Road, Edgewater, Maryland 21037**<br>**MORTGAGE ACCOUNT OPENED 1/2008**<br><br>VALUE $ **278,600.00** | | | | **326,329.00** | **47,729.00** |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |
| _____ **0** continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | $ **326,329.00** | $ **47,729.00** |
| | | | Total<br>(Use only on last page) | | | | $ **326,329.00** | $ **47,729.00** |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13)

**IN RE** **Murphy, Michael William** _____  Case No. _____
              Debtor(s)                                                            (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

IN RE <u>Murphy, Michael William</u> _____    Case No. _____
Debtor(s)                                                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Internal Revenue Service**<br>**190 Admiral Cochrane Drive**<br>**Annapolis, MD  21401** | | J | | | | | **1,200.00** | **1,200.00** | |
| ACCOUNT NO.<br>**State Of  Maryland**<br>**110 Carroll Street**<br>**Annapolis, MD  21411** | | J | | | | | **1,500.00** | **1,500.00** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)   $ **2,700.00**   $ **2,700.00**   $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $ **2,700.00**

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $ **2,700.00**   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Murphy, Michael William</u> _____     Case No. _____
　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**84 Lumber**<br>**P.O. Box 365**<br>**Eighty Four, PA  15330** | | H | **Credit** | | | | **135,824.16** |
| ACCOUNT NO.<br>**ABKA**<br>**751 E. Gude Drive**<br>**Rockville, MD  20850** | | H | **Credit** | | | | **31,590.45** |
| ACCOUNT NO.<br>**Action Carpet**<br>**803-A Lomax Street**<br>**Easton, MD  21601** | | H | **Credit** | | | | **6,210.47** |
| ACCOUNT NO.<br>**All Around Plumbing, Inc.**<br>**P.O. Box 3596**<br>**Frederick, MD  21705** | | H | **Credit** | | | | **10,354.00** |

　__23__ continuation sheets attached

Subtotal
(Total of this page) $ **183,979.08**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Murphy, Michael William _____    Case No. _____
                  Debtor(s)                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Allied Well Drilling** <br> **P.O. Box 129** <br> **Annapolis Junction, MD  20701** | | H | Credit | | | | **40,860.00** |
| ACCOUNT NO. <br> **Armistead, Griswold, Lee & Rust, PA** <br> **114 Bay Street, Building C** <br> **Easton, MD  21601** | | H | Credit | | | | **396.00** |
| ACCOUNT NO. <br> **Armstrong Janitorial Service** <br> **1075 Omar Drive** <br> **Crownsville, MD  21032** | | H | Credit | | | | **600.00** |
| ACCOUNT NO. <br> **Atelier 11, LTD** <br> **11 S. Aurora Street** <br> **Easton, MD  21601** | | H | Credit | | | | **560.00** |
| ACCOUNT NO. <br> **Atlantic Broadband** <br> **P.O. Box 371801** <br> **Pittsburgh, PA  15250** | | H | Credit | | | | **629.26** |
| ACCOUNT NO. <br> **Atlas Stone Fabricators, Inc.** <br> **8274 Lokus Road, Suite 109** <br> **Odenton, MD  21113** | | H | Credit | | | | **8,924.00** |
| ACCOUNT NO. <br> **Baltimore Magazine** <br> **1000 Lancaster Street, Suite 400** <br> **Baltimore, MD 21202** | | H | Credit | | | | **238.50** |

Sheet no. **1** of **23** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **52,207.76**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Murphy, Michael William _____    Case No. _____
                    Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5116**<br>**Bank of America**<br>**Attn: Recovery Department**<br>**4161 Peidmont Parkway**<br>**Greensboro, NC 27410** | | H | Credit | | | | 11,759.00 |
| ACCOUNT NO.<br>**BankDirect Capital Finance**<br>**P.O. Box 660448**<br>**Dallas, TX 75266** | | H | Credit | | | | 20,974.25 |
| ACCOUNT NO.<br>**Bay Area Disposal, LLC**<br>**P.O. Box 189**<br>**Owings Mills, MD 20736** | | H | Credit | | | | 1,134.70 |
| ACCOUNT NO.<br>**Ben Lewis, Inc.**<br>**23407 Frederick Road**<br>**Clarksburg, MD 20871** | | H | Credit | | | | 117.00 |
| ACCOUNT NO.<br>**Brandenburg Electric, Inc.**<br>**700 N. East Street**<br>**Frederick, MD 21701** | | H | Credit | | | | 6,975.00 |
| ACCOUNT NO.<br>**Caddworks, Inc.**<br>**332 W. Patrick Street**<br>**Frederick, MD 21701** | | H | Credit | | | | 28,837.50 |
| ACCOUNT NO.<br>**Capital Bulding Supply**<br>**700 East 1st Street**<br>**Hagerstown, MD 21740** | | H | Credit | | | | 125.43 |

Sheet no. **2** of **23** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **69,922.88**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Murphy, Michael William** _____ Case No. _____
_____
Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Care Services, Inc.**<br>**P.O. Box 248**<br>**Williamsport, MD 21795** | | H | Credit | | | | 61,872.88 |
| ACCOUNT NO. <br><br>**Carroll County Commissioners**<br>**225 North Center Street**<br>**Westminster, MD 21157** | | H | Credit | | | | 25.00 |
| ACCOUNT NO. <br><br>**Carroll Land Services, Inc.**<br>**439 East Main Street**<br>**Westminster, MD 21157** | | H | Credit | | | | 1,050.00 |
| ACCOUNT NO. <br><br>**Charles P. Johnson & Associates, Inc.**<br>**1751 Elton Road, Suite 300**<br>**Silver Spring, MD 20903** | | H | Credit | | | | 3,445.00 |
| ACCOUNT NO. <br><br>**Chesapeake Geosystems, Inc.**<br>**6720 Fort Smallwood Road**<br>**Baltimore, MD 21122** | | H | Credit | | | | 2,750.00 |
| ACCOUNT NO. <br><br>**Chesapeake Systems Service, Inc.**<br>**10921 Pump House Road, Suite B**<br>**Annapolis Junction, MD 20701** | | H | Credit | | | | 7,800.00 |
| ACCOUNT NO. <br><br>**Choice Staffing**<br>**19 Holly Lane**<br>**Winfield, WV 25213** | | H | Credit | | | | 5,292.20 |

Sheet no. **3** of **23** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | $ 82,235.08 |
|---|---|---|
| | Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Murphy, Michael William _____    Case No. _____
        Debtor(s)                                               (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Choptank Electric Cooperative**<br>**P.O. Box 430**<br>**Denton, MD  21629** | | H | Credit | | | | **77.32** |
| ACCOUNT NO.<br>**Christopher Waters**<br>**29510 Skipton-Cordova Road**<br>**Cordova, MD  21625** | | H | Credit | | | | **1,540.00** |
| ACCOUNT NO. **1959**<br>**Citibank**<br>**Attn:  Centralized Bankruptcy**<br>**P.O. Box 20363**<br>**Kansas City, MO  64195** | | H | Credit | | | | **7,456.00** |
| ACCOUNT NO.<br>**Clearwater Landscape Contractors, Inc.**<br>**9585 Doctor Perry Road**<br>**Ijamsville, MD  21754** | | H | Credit | | | | **6,773.00** |
| ACCOUNT NO.<br>**CLSI**<br>**439 East Main Street**<br>**Westminster, MD  21157** | | H | Credit | | | | **725.00** |
| ACCOUNT NO.<br>**Colonial Sash & Door, Inc.**<br>**P.O. Box 37105**<br>**Baltimore, MD  21297** | | H | Credit | | | | **5,410.71** |
| ACCOUNT NO.<br>**Comcast**<br>**P.O. Box 3005**<br>**Southeastern, PA  19398** | | H | Credit | | | | **215.55** |

Sheet no. __4__ of __23__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $  **22,197.58**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2013 EZ-Filing, Inc.[1-800-998-2424] - Forms Software Only

IN RE Murphy, Michael William _____    Case No. _____
　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Craft-Mart, Inc.**<br>**5035 Allendale Lane**<br>**Taneytown, MD  21787** | | H | **Credit** | | | | 1,845.19 |
| ACCOUNT NO.<br>**CVU**<br>**1659-A Robin Circle**<br>**Forest Hill, MD  21050** | | H | **Credit** | | | | 787.50 |
| ACCOUNT NO.<br>**Davenport Insulation**<br>**7400 Gateway Court**<br>**Manassas, VA  20109** | | H | **Credit** | | | | 12,393.00 |
| ACCOUNT NO. **6724**<br>**Delmarva Collections**<br>**P.O. Box 37**<br>**Salisbury, MD  21803** | | H | **Medical -- Doctors Emerg Service** | | | | 317.00 |
| ACCOUNT NO.<br>**Delmarva Power**<br>**P.O. Box 13609**<br>**Philadelpha, PA  19101** | | H | **Credit** | | | | 303.74 |
| ACCOUNT NO.<br>**Design House Kitchens**<br>**P.O. Box 1008**<br>**Savage, MD  20763** | | H | **Credit** | | | | 14,867.26 |
| ACCOUNT NO.<br>**DeVere Insulation Company**<br>**7501 Resource Court**<br>**Baltimore, MD  21226** | | H | **Credit** | | | | 640.50 |

Sheet no. ___**5**___ of ___**23**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **31,154.19**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Murphy, Michael William

           Debtor(s)                              Case No. _____
                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Devin Donovan**<br>**921 Frederick Street**<br>**Hagerstown, MD  21740** | | H | Credit | | | | 9,692.11 |
| ACCOUNT NO.<br>**Doug Sadler**<br>**433 West 21st Street, #11B**<br>**New York, NY  10011** | | H | Credit | | | | 250.00 |
| ACCOUNT NO.<br>**Drawing Board Plus**<br>**928 N. East Street**<br>**Frederick, MD 21701** | | H | Credit | | | | 23.85 |
| ACCOUNT NO.<br>**Duluxe For Business**<br>**P.O. Box 742572**<br>**Cincinnati, OH  45274** | | H | Credit | | | | 457.82 |
| ACCOUNT NO.<br>**Dynatemp**<br>**12059 Tech Rod**<br>**Silver Spring, MD  20904** | | H | Credit | | | | 401.00 |
| ACCOUNT NO.<br>**E.R. Harvey Metal Working Company**<br>**8341 Black Dog Alley**<br>**Easton, MD  21601** | | H | Credit | | | | 200.00 |
| ACCOUNT NO.<br>**East Coast Insulators**<br>**P.O. Box 250**<br>**Nokesville, VA  20182** | | H | Credit | | | | 21,064.00 |

Sheet no. __**6**__ of __**23**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                             Subtotal
               (Total of this page)  $  **32,088.78**

                                 Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc.[1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Murphy, Michael William** _____  Case No. _____
                    Debtor(s)                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **ECS Mid-Atlantic, LLC** <br> **14026 Thunderbolt Place, Suite 100** <br> **Chantilly, VA 20151** | | H | Credit | | | | 5,121.06 |
| ACCOUNT NO. <br><br> **Energy Services Group** <br> **2 King Court** <br> **New Castle, DE 19720** | | H | Credit | | | | 6,190.00 |
| ACCOUNT NO. <br><br> **Ercole Electric** <br> **P.O. Box 2006** <br> **Frederick, MD 21702** | | H | Credit | | | | 26,269.58 |
| ACCOUNT NO. <br><br> **Ethridge, Quinn, Kemp, McAuliffe** <br> **33 Wood Lane** <br> **Rockville, MD 20850** | | H | Credit | | | | 29,999.45 |
| ACCOUNT NO. <br><br> **FACT BSI** <br> **1504 Branchwood Terrace** <br> **Gambrills, MD 21054** | | H | Credit | | | | 6,500.00 |
| ACCOUNT NO. <br><br> **FCBIA, Inc.** <br> **186 Thomas Johnson Drive, Suite 204** <br> **Frederick, MD 21702** | | H | Credit | | | | 1,020.00 |
| ACCOUNT NO. <br><br> **Fern Rodkey Electric, Inc.** <br> **3949 Bert Koontz Road** <br> **North Taneytown, MD 21787** | | H | Credit | | | | 4,209.33 |

Sheet no. ___**7**___ of ___**23**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **79,309.42**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

IN RE Murphy, Michael William _____ Case No. _____
　　　　　　　　　　Debtor(s) 　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Fireside Hearth & Home** <br> P.O. Box 414845 <br> Boston, MA  02241 | | H | Credit | | | | 11,041.40 |
| ACCOUNT NO. **1944** <br> **First Premier Bank** <br> 3820 N Louise Ave <br> Sioux Falls, SD  57107 | | H | Credit | | | | 147.00 |
| ACCOUNT NO. <br> **Fisher, Collins & Carter** <br> 10272 Baltimore National Plke <br> Ellicott City, MD  21041 | | H | Credit | | | | 6,935.50 |
| ACCOUNT NO. <br> **Fishergate, Inc.** <br> 2216 Piney Creek Road <br> Chester, MD  21619 | | H | Credit | | | | 2,545.00 |
| ACCOUNT NO. <br> **Fred T. Altman** <br> 1504 Branchwood Terrace <br> Gambrills, MD  21054 | | H | Credit | | | | 452.32 |
| ACCOUNT NO. <br> **Frederick Brick Works, Inc.** <br> 1731 Monocacy Boulevard <br> Frederick, MD  21701 | | H | Credit | | | | 4,861.96 |
| ACCOUNT NO. <br> **Frederick Railing Works** <br> 5843 Urbana Pike <br> Frederic, MD  21704 | | H | Credit | | | | 1,644.00 |

Sheet no. **8** of **23** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 27,627.18

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Murphy, Michael William        Case No. _____
<br>_____
<br>Debtor(s)                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Friel Lumber Company**<br>**P.O. Box 10**<br>**Queenstown, MD  21658** | | H | **Credit** | | | | **13.57** |
| ACCOUNT NO.<br>**G&B Insulation**<br>**P.O. Box 1486**<br>**LaPlata, MD  20646** | | H | **Credit** | | | | **7,673.00** |
| ACCOUNT NO. **2183**<br>**GECRB/Old Nacy**<br>**Attn:  Bankrutpcy**<br>**P.O. Box 130104**<br>**Roswell, GA  30076** | | W | **Credit** | | | | **2,248.00** |
| ACCOUNT NO.<br>**Gene's Johns**<br>**23330 Ridge Road**<br>**Germantown, MD  20876** | | H | **Credit** | | | | **181.64** |
| ACCOUNT NO.<br>**Green Brilliance, LLC**<br>**46090 Lake Center Plaza Drive, Suite 109**<br>**Sterling, VA  20165** | | H | **Credit** | | | | **105,756.47** |
| ACCOUNT NO.<br>**Green Energy Models, LLC**<br>**11200B Wolfsville Road**<br>**Sithsburg, MD  21783** | | H | **Credit** | | | | **4,281.00** |
| ACCOUNT NO.<br>**H&H Woodworking, Inc.**<br>**145 Masons Crossing Court**<br>**Severna Park, MD  21146** | | H | **Credit** | | | | **13,700.00** |

Sheet no. **9** of **23** continuation sheets attached to
<br>Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
<br>(Total of this page)   $ **133,853.68**

Total
<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Murphy, Michael William

Debtor(s)                                        Case No. _____
                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Harris, Smariga & Associates, Inc.**<br>**125 S. Carroll Street, Suite 100**<br>**Frederick, MD 21701** | | H | Credit | | | | 30,247.09 |
| ACCOUNT NO.<br>**Harvey W. Hottel, Inc.**<br>**18900 Woodfield Road**<br>**Gaithersburg, MD 20879** | | H | Credit | | | | 130.00 |
| ACCOUNT NO.<br>**Holler Contracting, LLC**<br>**10617 Powell Road**<br>**Thurmont, MD 21788** | | H | Credit | | | | 17,376.32 |
| ACCOUNT NO.<br>**Holly Hills Country Club**<br>**5502 Mussetter Road**<br>**Ijamsville, MD 21754** | | H | Credit | | | | 3,336.26 |
| ACCOUNT NO.<br>**Home Builders Association Of Maryland**<br>**6030 Daybreak Circle, #A150**<br>**Clarksville, MD 21029** | | H | Credit | | | | 820.00 |
| ACCOUNT NO.<br>**Home Innovation Research Labs**<br>**400 Prince George's Boulevard**<br>**Upper Marlboro, MD 20774** | | H | Credit | | | | 2,200.00 |
| ACCOUNT NO.<br>**Hopkins Electric, Inc.**<br>**P.O. Box 245**<br>**Stevensville, MD 21666** | | H | Credit | | | | 4,932.70 |

Sheet no. **10** of **23** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 59,042.37

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

IN RE Murphy, Michael William                                           Case No. _____
_____                                              (If known)
              Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**I.D. Makers, Inc.**<br>**403 Elm Street**<br>**Frederick, MD 21701** | | H | Credit | | | | 1,600.00 |
| ACCOUNT NO.<br>**J&A Construction Services, Inc.**<br>**P.O. Box 870**<br>**Mt. Airy, MD 21771** | | H | Credit | | | | 11,460.00 |
| ACCOUNT NO.<br>**Jean M. Dower**<br>**100 West Patrick Street**<br>**Frederick, MD 21701** | | H | Credit | | | | 337.50 |
| ACCOUNT NO.<br>**Jenson Fire Protection, Inc.**<br>**8740 Cherry Lane, Unit 13**<br>**Laurel, MD 20707** | | H | Credit | | | | 4,376.00 |
| ACCOUNT NO.<br>**June Hooper, Esquire**<br>**1024 Old Turkey Point Road**<br>**Edgewater, MD 20137** | | H | Credit | | | | 3,507.02 |
| ACCOUNT NO.<br>**K.C. Company, Inc.**<br>**12100 Baltimore Avenue, Suite 1**<br>**Beltsville, MD 20705** | | H | Credit | | | | 33,377.99 |
| ACCOUNT NO.<br>**Kelly & Associates Insurance Group**<br>**P.O. Box 418926**<br>**Boston, MA 02241** | | H | Credit | | | | 5,615.00 |

Sheet no. **11** of **23** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 60,273.51

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Murphy, Michael William _____    Case No. _____
Debtor(s)                                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Kimm's Kleaning, LLC**<br>**11687 Browningsville Road**<br>**Ijamsville, MD  21754** | | H | Credit | | | | 1,714.77 |
| ACCOUNT NO.<br>**Kullman Siebert, LLC**<br>**1997 Annapolis Exchange Parkway, Suite 5**<br>**Annapolis, MD  21401** | | H | Credit | | | | 43,601.76 |
| ACCOUNT NO.<br>**L. Franklin Easterday, Inc.**<br>**9265 Brown Church Road**<br>**Mt. Airy, MD  21771** | | H | Credit | | | | 8,295.00 |
| ACCOUNT NO.<br>**Lingg Property Consulting**<br>**256 W. Patrick Street, Suite 2A**<br>**Frederick, MD  21701** | | H | Credit | | | | 7,657.55 |
| ACCOUNT NO.<br>**Linowes & Blocher, LLP**<br>**7200 Wisconsin Avenue, Suite 800**<br>**Bethesda, MD  20814** | | H | Credit | | | | 13,004.78 |
| ACCOUNT NO.<br>**Logan Homes, LLC**<br>**4839 South Polling House Raod**<br>**Harwood, MD  20776** | | H | Credit | | | | 9,447.76 |
| ACCOUNT NO.<br>**Long & Foster Real Estate**<br>**5301 Buckeystown Pike, #250**<br>**Frederick, MD  21704** | | H | Credit | | | | 16,780.91 |

Sheet no. **12** of **23** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **100,502.53**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Murphy, Michael William _____    Case No. _____
_____
         Debtor(s)                                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Low Impact Design Studio**<br>**217 C Street**<br>**Pasadena, MD 21122** | | H | Credit | | | | 750.00 |
| ACCOUNT NO.<br>**Malcolm Dax**<br>**608 Progress Street, Apt. 4**<br>**Blacksburg, VA 24060** | | H | Credit | | | | 500.00 |
| ACCOUNT NO.<br>**MAPES Canapies, LLC**<br>**7748 North 56th Street**<br>**Lincoln, NE 68514** | | H | Credit | | | | 7,492.65 |
| ACCOUNT NO.<br>**Maryland Foundations, Inc.**<br>**8810 Corridor Road**<br>**Annapolis Junction, MD 20701** | | H | Credit | | | | 55,070.00 |
| ACCOUNT NO.<br>**Matthew S. Evans, LLC**<br>**210 Duke Of Gloucester Street**<br>**Annapolis, MD 21401** | | H | Credit | | | | 3,790.00 |
| ACCOUNT NO.<br>**McNamee Hosea Attorneys & Advisors**<br>**6411 Ivy Lane, Suite 200**<br>**Greenbelt, MD 20770** | | H | Credit | | | | 11,104.27 |
| ACCOUNT NO.<br>**Metropolitan Fire Protection**<br>**7179 Old Alexandria Ferry Road**<br>**Clinton, MD 20735** | | H | Credit | | | | 5,803.20 |

Sheet no. **13** of **23** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                          Subtotal
          (Total of this page) $ **84,510.12**

                                 Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Murphy, Michael William _____    Case No. _____
　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Michael Grady**<br>**6414 Quinn Road**<br>**Frederick, MD  21701** | | H | Credit | | | | 825.00 |
| ACCOUNT NO.<br>**Millenium Resource Engineering, LLC**<br>**P.O. Box 4298**<br>**Frederick, MD  21705** | | H | Credit | | | | 36,316.46 |
| ACCOUNT NO.<br>**Minuteman Press Of Kent Island**<br>**1209 Shopping Center Road**<br>**P.O. Box 773**<br>**Stevensville, MD  21666** | | H | Credit | | | | 1,189.69 |
| ACCOUNT NO.<br>**New Clients**<br>**3900 Gaskins Road**<br>**Richmond, VA  23233** | | H | Credit | | | | 513.00 |
| ACCOUNT NO.<br>**New Home Charlestown, Inc.**<br>**P.O. Box 22573**<br>**Charleston, SC  29413** | | H | Credit | | | | 3,591.00 |
| ACCOUNT NO.<br>**Noel's Fire Protection**<br>**415 S. Conococheague Street, Suite 100**<br>**Williamsport, MD  21795** | | H | Credit | | | | 4,237.50 |
| ACCOUNT NO.<br>**Olde Mill Impressions**<br>**18 East Lisburn Road, Suite 102**<br>**Mechanicsburg, PA  17055** | | H | Credit | | | | 856.82 |

Sheet no. __14__ of __23__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　　　Subtotal
　　　　　　　　　　　　　　　　　　(Total of this page) $　47,529.47

　　　　　　　　　　　　　　　　　　　　　　　Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Murphy, Michael William
_____    Case No. _____
Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**OPM, Inc.**<br>**10815 Oak Forrest Drive**<br>**Hagerstown, MD  00000** | | H | Credit | | | | **1,900.00** |
| ACCOUNT NO.<br>**Outhouse, LLC**<br>**11226 North 23rd Avenue, #101**<br>**Phoenix, AZ  85029** | | H | Credit | | | | **4,917.00** |
| ACCOUNT NO.<br>**Personnel Concepts**<br>**P.O. Box 3353**<br>**San Dimas, CA  91773** | | H | Credit | | | | **25.90** |
| ACCOUNT NO.<br>**PinOak Interactive, LLC**<br>**P.O. Box 993**<br>**Stevensville, MD  21666** | | H | Credit | | | | **3,600.00** |
| ACCOUNT NO.<br>**PODS**<br>**4816 PODS Way**<br>**Chesapeake, VA  23320** | | H | Credit | | | | **188.31** |
| ACCOUNT NO.<br>**Poolesville Cooncrete Co., Inc.**<br>**P.O. Box 625**<br>**Poolesville, MD  20837** | | H | Credit | | | | **56,480.45** |
| ACCOUNT NO.<br>**Potomac Edison**<br>**P.O. Box 3615**<br>**Akron, OH  44309** | | H | Credit | | | | **268.91** |

Sheet no. __**15**__ of __**23**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **67,380.57**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Murphy, Michael William _____    Case No. _____
　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Prescott Public Relations**<br>**629 Old Love Point Road**<br>**Stevensville, MD 21666** | | H | Credit | | | | **2,500.00** |
| ACCOUNT NO.<br><br>**ProBuild Company, LLC**<br>**7203 McKinney Circle**<br>**Frederick, MD 21704** | | H | Credit | | | | **155,246.63** |
| ACCOUNT NO.<br><br>**Quill Corporation**<br>**P.O. Box 37600**<br>**Philadelphia, PA 19101** | | H | Credit | | | | **54.04** |
| ACCOUNT NO.<br><br>**Randall Family, LLC**<br>**351 Ballenger Center Drive**<br>**Frederick, MD 21703** | | H | Credit | | | | **8,372.23** |
| ACCOUNT NO.<br><br>**Rasevic Construction Company**<br>**5200 River Road Building Six**<br>**Bethesda, MD 20816** | | H | Credit | | | | **7,753.00** |
| ACCOUNT NO.<br><br>**Roberson Plumbing**<br>**P.O. Box 69**<br>**Dickerson, MD 20842** | | H | Credit | | | | **2,856.00** |
| ACCOUNT NO.<br><br>**Robert A. Tull, Inc.**<br>**7820 Airpark Road**<br>**Gaithersburg, MD 20879** | | H | Credit | | | | **31,526.36** |

Sheet no. __16__ of __23__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **208,308.26**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Murphy, Michael William _____  Case No. _____
_____ Debtor(s) _____                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Roll Off Services, Inc.**<br>**2040 W. Liberty Road**<br>**Westminster, MD  21157** | | H | Credit | | | | 3,982.71 |
| ACCOUNT NO.<br>**Ruth Brothers  Portable Toilets & Septic**<br>**P.O Box 230**<br>**Grasonville, MD  21638** | | H | Credit | | | | 166.00 |
| ACCOUNT NO.<br>**S.O.S. Potty's**<br>**2707 Gillis Falls Road**<br>**Woodbine, MD 21797** | | H | Credit | | | | 2,011.45 |
| ACCOUNT NO.<br>**Sales Simplicity Software, Inc.**<br>**325 E. Elliot Road, #24**<br>**Chandler, AZ  85225** | | H | Credit | | | | 3,025.00 |
| ACCOUNT NO.<br>**Schuman**<br>**1204 Butterworth Court**<br>**Stevensville, MD  21666** | | H | Credit | | | | 1,734.28 |
| ACCOUNT NO.<br>**Sears**<br>**P.O. Box 183081**<br>**Columbus, OH  43218** | | H | Credit | | | | 2,493.54 |
| ACCOUNT NO.<br>**SemaConnect, Inc.**<br>**The Harding Group**<br>**1610 West Street, Suite 100**<br>**Annapolis, MD  21401** | | H | Credit | | | | 120.00 |

Sheet no. __17__ of __23__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **13,532.98**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Murphy, Michael William _____    Case No. _____
            Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**SG Malco, Inc.**<br>**1617 The Strand**<br>**Westminster, MD 21157** | | H | Credit | | | | 30,446.06 |
| ACCOUNT NO.<br>**Shannahan Aartesian Well Company, Inc.**<br>**P.O. Box 730**<br>**25145 St. Michaels Road**<br>**St. Michaels, MD 21663** | | H | Credit | | | | 2,138.50 |
| ACCOUNT NO.<br>**Shore Tile Installation**<br>**4130 Middletown Branch Road**<br>**Vienna, MD 21869** | | H | Credit | | | | 2,524.00 |
| ACCOUNT NO.<br>**Smart Computing Solutions, Inc.**<br>**111 Forbes Street**<br>**Annapolis, MD 21401** | | H | Credit | | | | 104.00 |
| ACCOUNT NO.<br>**Solar Universe**<br>**1805-C Virginia Street**<br>**Annapolis, MD 21401** | | H | Credit | | | | 22,400.00 |
| ACCOUNT NO.<br>**Solid Tops, LLC**<br>**505 South Street**<br>**Easton, MD 21601** | | H | Credit | | | | 5,207.17 |
| ACCOUNT NO.<br>**Southern Pacific Supply Co.**<br>**8441 Dorsey Run Road, Suite A**<br>**Jessup, MD 20794** | | H | Credit | | | | 24,402.29 |

Sheet no. **18** of **23** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **87,222.02**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Murphy, Michael William** _____   Case No. _____
                 Debtor(s)                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **State Wide Septic & Backhoe, LLC** <br> **P.O. Box 176** <br> **Davidsonville, MD  21035** | | H | Credit | | | | 685.18 |
| ACCOUNT NO. <br> **Structural Engineering Resources, Llc** <br> **26 North Fourth Street** <br> **Gettsburg, PA  17325** | | H | Credit | | | | 300.00 |
| ACCOUNT NO. <br> **Structural Enginerering Unlimited, LLC** <br> **9322 Hillsborough Drive** <br> **Frederick, MD  21701** | | H | Credit | | | | 600.00 |
| ACCOUNT NO. <br> **Structural Insulated Panel Association** <br> **P.O. Box 1699** <br> **Gig Harbor, WA  98335** | | H | Credit | | | | 200.00 |
| ACCOUNT NO. <br> **Studio S2** <br> **4 North Southwood Avenue** <br> **Annapolis, MD  21401** | | H | Credit | | | | 2,025.00 |
| ACCOUNT NO. <br> **Sunshine Cleaning And Restoration** <br> **5 Cashell Court** <br> **Olney, MD  20832** | | H | Credit | | | | 663.16 |
| ACCOUNT NO. <br> **SVG Construction, LLC** <br> **924 Baltimore Annapolis Boulevard** <br> **Severna Park, MD  21146** | | H | Credit | | | | 10,690.00 |

Sheet no. **19** of **23** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **15,163.34**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Murphy, Michael William        Case No. _____

Debtor(s)          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**The Appliance Source**<br>**9225 Ocean Gateway**<br>**Easton, MD 21601** | | H | Credit | | | | **16,641.16** |
| ACCOUNT NO.<br>**The Best Install Window & Door, Inc.**<br>**7318 Monitcello Bouelvard**<br>**Springfield, VA 22150** | | H | Credit | | | | **9,951.00** |
| ACCOUNT NO.<br>**The Dow Chemical Company**<br>**P.O. Box 281760**<br>**Atlanta, GA 30384** | | H | Credit | | | | **49,491.00** |
| ACCOUNT NO.<br>**The L&L Company**<br>**7459 Mason King Court**<br>**Manassas, VA 20109** | | H | Credit | | | | **55,867.12** |
| ACCOUNT NO.<br>**The Murus Company**<br>**3234 Route 549**<br>**P.O. Box 220**<br>**Mansfield, PA 16933** | | H | Credit | | | | **49,518.17** |
| ACCOUNT NO.<br>**Top Quality Contractors Co.**<br>**14204 Cherry Lane Court**<br>**Laurel, MD 20707** | | H | Credit | | | | **9,000.00** |
| ACCOUNT NO.<br>**Total Comfort Heating**<br>**P.O. Box 643**<br>**Smithsburg, MD 21783** | | H | Crdit | | | | **11,262.33** |

Sheet no.   **20**   of   **23**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **201,730.78**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Murphy, Michael William _____    Case No. _____
                      Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Tricon Construction, Inc.**<br>**15101 Buck Lane**<br>**Upper Marlboro, MD 20772** | | H | Credit | | | | 65,555.42 |
| ACCOUNT NO.<br>**Tuckahoe Hardwoods**<br>**8685 Commerce Drive**<br>**Easton, MD 21601** | | H | Credit | | | | 10,291.92 |
| ACCOUNT NO.<br>**Unitel**<br>**P.O. Box 1000**<br>**Naperville, IL 60566** | | H | Credit | | | | 4.26 |
| ACCOUNT NO.<br>**Vasquez Landscaping, Inc.**<br>**26865 Reservoir Drive**<br>**Marydel, MD 21649** | | H | Credit | | | | 10,693.75 |
| ACCOUNT NO.<br>**Verizon Wireless**<br>**P.O. Box 25505**<br>**Lehigh Valley, PA 18002** | | H | Credit | | | | 833.08 |
| ACCOUNT NO.<br>**Vintage Security, LLC**<br>**8220-A Stayton Drive**<br>**Jessup, MD 20794** | | H | Credit | | | | 9,178.95 |
| ACCOUNT NO.<br>**W. Scott Jones Mech. Contractor**<br>**819 Bennett Point Road**<br>**Queenstown, MD 21658** | | H | Credit | | | | 16,910.00 |

Sheet no. __21__ of __23__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **113,467.38**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Murphy, Michael William                                    Case No. _____
_____
            Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Wagner Framing Co**<br>**36 Bloomingdale Avenue**<br>**Baltimore, MD  21228** | | H | Credit | | | | **91,274.00** |
| ACCOUNT NO.<br>**Walker Site Maintenance**<br>**29865 Washington Road**<br>**Mechanicsville, MD  20659** | | H | Credit | | | | **16,465.00** |
| ACCOUNT NO.<br>**Washington Gas**<br>**P.O. Box 37747**<br>**Philadelphia, PA  19101** | | H | Credit | | | | **53.18** |
| ACCOUNT NO.<br>**Washingtonian**<br>**1828 L Street, NW, Suite 200**<br>**Washington**<br>**DC, 20** | | H | Credit | | | | **28,623.67** |
| ACCOUNT NO.<br>**Wayne Drywall Company, Inc.**<br>**2931B Olney Sandy Spring Road**<br>**Olney, MD  20832** | | H | Credit | | | | **25,409.00** |
| ACCOUNT NO.<br>**Western Cary Building Products**<br>**P.O. Box 534451**<br>**Atlanta, GA  30353** | | H | Credit | | | | **24,117.00** |
| ACCOUNT NO.<br>**What's Up, Inc.**<br>**929 West Street, Suite 208A**<br>**Annapolis, MD  21401** | | H | Credit | | | | **4,783.35** |

Sheet no. __22__ of __23__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $  **190,725.20**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Murphy, Michael William** _____  Case No. _____
Debtor(s)                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Whiteford Taylor & Preston**<br>**7 Saint Paul Street**<br>**Baltimore, MD 21202** | | H | Credit | | | | **19,380.28** |
| ACCOUNT NO.<br>**Woodsboro Bank**<br>**P.O. Box 36**<br>**Woodsboro, MD 21798** | | H | Credit | | | | **5,546.16** |
| ACCOUNT NO.<br>**X-Press Contracting.Com**<br>**7521 Pulaski Highway**<br>**Rosedale, MD 21237** | | H | Credit | | | | **1,480.00** |
| ACCOUNT NO.<br>**Zavos Architecture & Design, LLC**<br>**323 West Patrick Street**<br>**Frederick, MD 21701** | | H | Credit | | | | **298.93** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **23** of **23** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **26,705.37**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **1,990,669.53**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Murphy, Michael William** _____    Case No. _____
　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

　　Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Murphy, Michael William** _____     Case No. _____
                    Debtor(s)                                                                      (If known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Fill in this information to identify your case:**

Debtor 1    __Michael William Murphy_____
           First Name           Middle Name          Last Name

Debtor 2    _____
(Spouse, if filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the: District of Maryland

Case number   _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition
   chapter 13 income as of the following date:
   _____
   MM / DD / YYYY

## Official Form 6I
# Schedule I: Your Income
                                                                 12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may Include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | Project Manager | _____ |
| Employer's name | Toll Brothers, Inc. | _____ |
| Employer's address | 250 Gibraltar Road<br>Number  Street | Number  Street |
| | Horsham, PA  21037-0000<br>City        State   ZIP Code | City        State   ZIP Code |
| How long employed there? | 1 years | _____ |

**Part 2:**    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.   $ __7,083.00__ | $_____ |
| 3. | **Estimate and list monthly overtime pay.** | 3.   + $ __0.00__ | + $_____ |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4.   $ __7,083.00__ | $_____ |

Debtor 1     __Michael William Murphy__ ____ ____ ____ ____ ____       Case number (*if known*)____ ____ ____ ____ ____ ____

First Name      Middle Name      Last Name

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ................................................................ → | 4. | $ __7,083.00__ | $_____ |

5. List all payroll deductions:

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ __1,400.00__ | $_____ |
| 5b. Mandatory contributions for retirement plans | 5b. | $ __0.00__ | $_____ |
| 5c. Voluntary contributions for retirement plans | 5c. | $ __0.00__ | $_____ |
| 5d. Required repayments of retirement fund loans | 5d. | $ __0.00__ | $_____ |
| 5e. Insurance | 5e. | $ __0.00__ | $_____ |
| 5f. Domestic support obligations | 5f. | $ __0.00__ | $_____ |
| 5g. Union dues | 5g. | $ __0.00__ | $_____ |
| 5h. Other deductions. Specify: _____ | 5h. | +$ __0.00__ | + $_____ |
| 6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $ __1,400.00__ | $_____ |
| 7. Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ __5,683.00__ | $_____ |

8. List all other income regularly received:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. Net income from rental property and from operating a business, profession, or farm <br> Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ __0.00__ | $_____ |
| 8b. Interest and dividends | 8b. | $ __0.00__ | $_____ |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive <br> Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ __0.00__ | $_____ |
| 8d. Unemployment compensation | 8d. | $ __0.00__ | $_____ |
| 8e. Social Security | 8e. | $ __0.00__ | $_____ |
| 8f. Other government assistance that you regularly receive <br> Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. <br> Specify: _____ | 8f. | $ __0.00__ | $_____ |
| 8g. Pension or retirement income | 8g. | $ __0.00__ | $_____ |
| 8h. Other monthly income. Specify: _____ | 8h. | +$ __0.00__ | +$_____ |
| 9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ __0.00__ | $_____ |
| 10. Calculate monthly income. Add line 7 + line 9. <br> Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ __5,683.00__ + | $_____ = $ __5,683.00__ |

11. State all other regular contributions to the expenses that you list in *Schedule J*.

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2–10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: _____      11. + $ __0.00__

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies    12.   $ __5,683.00__

**Combined monthly income**

13. Do you expect an increase or decrease within the year after you file this form?

☑ No.

☐ Yes. Explain:    None

**Fill in this information to identify your case:**

Debtor 1 __Michael William Murphy__
First Name          Middle Name          Last Name

Debtor 2 _____
(Spouse, if filing) First Name          Middle Name          Last Name

United States Bankruptcy Court for the: District of Maryland

Case number _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☑ No.  Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent.......................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| __Daughter__ | __8__ | ☐ No ☑ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.

   4. $ __1,525.00__

   If not included in line 4:

   4a. Real estate taxes                                        4a. $ __100.00__

   4b. Property, homeowner's, or renter's insurance            4b. $ __100.00__

   4c. Home maintenance, repair, and upkeep expenses           4c. $ __290.00__

   4d. Homeowner's association or condominium dues             4d. $ __0.00__

Debtor 1   **Michael William Murphy**_____   Case number (*if known*)_____
           First Name    Middle Name    Last Name

|  | | Your expenses |
|---|---|---|
| 5. **Additional mortgage payments for your residence**, such as home equity loans | 5. | $_____0.00_____ |
| 6. **Utilities:** | | |
| 6a.   Electricity, heat, natural gas | 6a. | $_____275.00_____ |
| 6b.   Water, sewer, garbage collection | 6b. | $_____75.00_____ |
| 6c.   Telephone, cell phone, Internet, satellite, and cable services | 6c. | $_____375.00_____ |
| 6d.   Other. Specify: _____ | 6d. | $_____0.00_____ |
| 7. **Food and housekeeping supplies** | 7. | $_____600.00_____ |
| 8. **Childcare and children's education costs** | 8. | $_____350.00_____ |
| 9. **Clothing, laundry, and dry cleaning** | 9. | $_____125.00_____ |
| 10. **Personal care products and services** | 10. | $_____75.00_____ |
| 11. **Medical and dental expenses** | 11. | $_____25.00_____ |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $_____600.00_____ |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $_____200.00_____ |
| 14. **Charitable contributions and religious donations** | 14. | $_____100.00_____ |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a.   Life insurance | 15a. | $_____0.00_____ |
| 15b.   Health insurance | 15b. | $_____0.00_____ |
| 15c.   Vehicle insurance | 15c. | $_____150.00_____ |
| 15d.   Other insurance. Specify:_____ | 15d. | $_____0.00_____ |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify:  **State & Federal Tax Dellinquency**_____ | 16. | $_____125.00_____ |
| 17. **Installment or lease payments:** | | |
| 17a.   Car payments for Vehicle 1 | 17a. | $_____0.00_____ |
| 17b.   Car payments for Vehicle 2 | 17b. | $_____0.00_____ |
| 17c.   Other. Specify:  **Maintenance And Repairs**_____ | 17c. | $_____300.00_____ |
| 17d.   Other. Specify:_____ | 17d. | $_____ |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | 18. | $_____0.00_____ |
| 19. **Other payments you make to support others who do not live with you.** Specify:_____ | 19. | $_____0.00_____ |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| 20a.   Mortgages on other property | 20a. | $_____0.00_____ |
| 20b.   Real estate taxes | 20b. | $_____0.00_____ |
| 20c.   Property, homeowner's, or renter's insurance | 20c. | $_____0.00_____ |
| 20d.   Maintenance, repair, and upkeep expenses | 20d. | $_____0.00_____ |
| 20e.   Homeowner's association or condominium dues | 20e. | $_____0.00_____ |

Debtor 1  **Michael William Murphy**
    First Name    Middle Name    Last Name              Case number *(if know)*

21.  **Other**. Specify: __Automobile Maintenance__               21.  +$_____250.00_____

22.  **Your monthly expenses.** Add lines 4 through 21.
The result is your monthly expenses.         22.  $_____5,640.00_____

23.  **Calculate your monthly net income.**

    23a.  Copy line 12 (*your combined monthly income*) from *Schedule I.*    23a.  $_____5,683.00_____

    23b.  Copy your monthly expenses from line 22 above.    23b.  −$_____5,640.00_____

    23c.  Subtract your monthly expenses from your monthly income.
The result is your *monthly net income.*    23c.  $_____43.00_____

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.  **None**

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **Murphy, Michael William** _____    Case No. _____
Debtor(s)                                          (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**41** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **March 24, 2015** _____    Signature: **_/s/ Michael William Murphy_** _____
Michael William Murphy                                      Debtor

Date: _____    Signature: _____
(Joint Debtor, if any)
[If joint case, both spouses must sign.]

---

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____    _____
Signature of Bankruptcy Petition Preparer    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____

_____
(Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (04/13)

## United States Bankruptcy Court
### District of Maryland

IN RE:                                                                                        Case No. _____

**Murphy, Michael William**
_____                    Chapter **7** _____
Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2),(31).

---

**1. Income from employment or operation of business**

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 19,000.00 | Income, year to date (both) |
| 85,000.00 | Income, year 2014 (both) |
| 115,000.00 | Income, year 2013 (both) |

---

**2. Income other than from employment or operation of business**

None ☑ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,255.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Allied Environmental Services, Inc. v. V. Paul Zanecki, et al., Case No: 02-C-14-187186 IT** | **Breach of contract** | **Circuit Court for Anne Arundel County, Courthouse, Annapolis, Maryland 21401** | **Pending** |
| **Southern Pacific Supply Co., Inc. v. Michael Murphy, et al., Case No: 02-C-13-181486CN** | **Breach of contract** | **Circuit Court for Anne Arundel County, Courthouse, Annapolis, Maryland 21401** | **Pending** |
| **84 Lumber Company v. Nexus EnergyHomes, Inc., et al., Case No: 02-C-14-180560** | **Breach of contract** | **Circuit Court for Anne Arundel County, Courthouse, Annapolis, Maryland 21401** | **Pending** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Paavola & Paavola** 21401-3112 | | **1,400.00** |

**10. Other transfers**

None ☑   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑   List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑   If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

 None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

 None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

 None ☑ a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

 None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **March 24, 2015** _____    Signature  ***/s/ Michael William Murphy***
                                            of Debtor                                    **Michael William Murphy**

Date: _____    Signature _____
                                            of Joint Debtor
                                            (if any)

_____**0**_____ continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Maryland**

IN RE:                                                           Case No. _____

Murphy, Michael William _____   Chapter **7** _____
                    Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **March 24, 2015** _____   Signature: **_/s/ Michael William Murphy_** _____
                                                   **Michael William Murphy**                              Debtor

Date: _____   Signature: _____
                                                                                          Joint Debtor, if any

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

84 Lumber
P.O. Box 365
Eighty Four, PA  15330


ABKA
751 E. Gude Drive
Rockville, MD  20850


Action Carpet
803-A Lomax Street
Easton, MD  21601


All Around Plumbing, Inc.
P.O. Box 3596
Frederick, MD  21705


Allied Well Drilling
P.O. Box 129
Annapolis Junction, MD  20701


Armistead, Griswold, Lee & Rust, PA
114 Bay Street, Building C
Easton, MD  21601


Armstrong Janitorial Service
1075 Omar Drive
Crownsville, MD  21032


Atelier 11, LTD
11 S. Aurora Street
Easton, MD  21601


Atlantic Broadband
P.O. Box 371801
Pittsburgh, PA  15250

Atlas Stone Fabricators, Inc.
8274 Lokus Road, Suite 109
Odenton, MD   21113


Baltimore Magazine
1000 Lancaster Street, Suite 400
Baltimore, MD   21202


Bank of America
Attn:  Correspondence Unit/CA6-919-02-41
P.O. Box 5170
Simi Valley, CA   93062


Bank of America
Attn:  Recovery Department
4161 Peidmont Parkway
Greensboro, NC   27410


BankDirect Capital Finance
P.O. Box 660448
Dallas, TX   75266


Bay Area Disposal, LLC
P.O. Box 189
Owings Mills, MD   20736


Ben Lewis, Inc.
23407 Frederick Road
Clarksburg, MD   20871


Brandenburg Electric, Inc.
700 N. East Street
Frederick, MD   21701

Caddworks, Inc.
332 W. Patrick Street
Frederick, MD  21701


Capital Bulding Supply
700 East 1st Street
Hagerstown, MD  21740


Care Services, Inc.
P.O. Box 248
Williamsport, MD  21795


Carroll County Commissioners
225 North Center Street
Westminster, MD  21157


Carroll Land Services, Inc.
439 East Main Street
Westminster, MD  21157


Charles P. Johnson & Associates, Inc.
1751 Elton Road, Suite 300
Silver Spring, MD  20903


Chesapeake Geosystems, Inc.
6720 Fort Smallwood Road
Baltimore, MD  21122


Chesapeake Systems Service, Inc.
10921 Pump House Road, Suite B
Annapolis Junction, MD  20701


Choice Staffing
19 Holly Lane
Winfield, WV  25213

Choptank Electric Cooperative
P.O. Box 430
Denton, MD   21629


Christopher Waters
29510 Skipton-Cordova Road
Cordova, MD   21625


Citibank
Attn:  Centralized Bankruptcy
P.O. Box 20363
Kansas City, MO   64195


Clearwater Landscape Contractors, Inc.
9585 Doctor Perry Road
Ijamsville, MD   21754


CLSI
439 East Main Street
Westminster, MD   21157


Colonial Sash & Door, Inc.
P.O. Box 37105
Baltimore, MD   21297


Comcast
P.O. Box 3005
Southeastern, PA   19398


Craft-Mart, Inc.
5035 Allendale Lane
Taneytown, MD   21787


CVU
1659-A Robin Circle
Forest Hill, MD   21050

Davenport Insulation
7400 Gateway Court
Manassas, VA  20109


Delmarva Collections
P.O. Box 37
Salisbury, MD  21803


Delmarva Power
P.O. Box 13609
Philadelpha, PA  19101


Design House Kitchens
P.O. Box 1008
Savage, MD  20763


DeVere Insulation Company
7501 Resource Court
Baltimore, MD  21226


Devin Donovan
921 Frederick Street
Hagerstown, MD  21740


Doug Sadler
433 West 21st Street, #11B
New York, NY  10011


Drawing Board Plus
928 N. East Street
Frederick, MD  21701


Duluxe For Business
P.O. Box 742572
Cincinnati, OH  45274

Dynatemp
12059 Tech Rod
Silver Spring, MD  20904


E.R. Harvey Metal Working Company
8341 Black Dog Alley
Easton, MD  21601


East Coast Insulators
P.O. Box 250
Nokesville, VA  20182


ECS Mid-Atlantic, LLC
14026 Thunderbolt Place, Suite 100
Chantilly, VA  20151


Energy Services Group
2 King Court
New Castle, DE  19720


Ercole Electric
P.O. Box 2006
Frederick, MD  21702


Ethridge, Quinn, Kemp, McAuliffe
33 Wood Lane
Rockville, MD  20850


FACT BSI
1504 Branchwood Terrace
Gambrills, MD  21054


FCBIA, Inc.
186 Thomas Johnson Drive, Suite 204
Frederick, MD  21702

Fern Rodkey Electric, Inc.
3949 Bert Koontz Road
North Taneytown, MD  21787


Fireside Hearth & Home
P.O. Box 414845
Boston, MA  02241


First Premier Bank
3820 N Louise Ave
Sioux Falls, SD  57107


Fisher, Collins & Carter
10272 Baltimore National PIke
Ellicott City, MD  21041


Fishergate, Inc.
2216 Piney Creek Road
Chester, MD  21619


Fred T. Altman
1504 Branchwood Terrace
Gambrills, MD  21054


Frederick Brick Works, Inc.
1731 Monocacy Boulevard
Frederick, MD  21701


Frederick Railing Works
5843 Urbana Pike
Frederic, MD  21704


Friel Lumber Company
P.O. Box 10
Queenstown, MD  21658

G&B Insulation
P.O. Box 1486
LaPlata, MD  20646


GECRB/Old Nacy
Attn:  Bankrutpcy
P.O. Box 130104
Roswell, GA  30076


Gene's Johns
23330 Ridge Road
Germantown, MD  20876


Green Brilliance, LLC
46090 Lake Center Plaza Drive, Suite 109
Sterling, VA  20165


Green Energy Models, LLC
11200B Wolfsville Road
Sithsburg, MD  21783


H&H Woodworking, Inc.
145 Masons Crossing Court
Severna Park, MD  21146


Harris, Smariga & Associates, Inc.
125 S. Carroll Street, Suite 100
Frederick, MD  21701


Harvey W. Hottel, Inc.
18900 Woodfield Road
Gaithersburg, MD  20879


Holler Contracting, LLC
10617 Powell Road
Thurmont, MD  21788

Holly Hills Country Club
5502 Mussetter Road
Ijamsville, MD  21754


Home Builders Association Of Maryland
6030 Daybreak Circle, #A150
Clarksville, MD  21029


Home Innovation Research Labs
400 Prince George's Boulevard
Upper Marlboro, MD  20774


Hopkins Electric, Inc.
P.O. Box 245
Stevensville, MD  21666


I.D. Makers, Inc.
403 Elm Street
Frederick, MD  21701


Internal Revenue Service
190 Admiral Cochrane Drive
Annapolis, MD  21401


J&A Construction Services, Inc.
P.O. Box 870
Mt. Airy, MD  21771


Jean M. Dower
100 West Patrick Street
Frederick, MD  21701


Jenson Fire Protection, Inc.
8740 Cherry Lane, Unit 13
Laurel, MD  20707

June Hooper, Esquire
1024 Old Turkey Point Road
Edgewater, MD  20137


K.C. Company, Inc.
12100 Baltimore Avenue, Suite 1
Beltsville, MD  20705


Kelly & Associates Insurance Group
P.O. Box 418926
Boston, MA  02241


Kimm's Kleaning, LLC
11687 Browningsville Road
Ijamsville, MD  21754


Kullman Siebert, LLC
1997 Annapolis Exchange Parkway, Suite 5
Annapolis, MD  21401


L. Franklin Easterday, Inc.
9265 Brown Church Road
Mt. Airy, MD  21771


Lingg Property Consulting
256 W. Patrick Street, Suite 2A
Frederick, MD  21701


Linowes & Blocher, LLP
7200 Wisconsin Avenue, Suite 800
Bethesda, MD  20814


Logan Homes, LLC
4839 South Polling House Raod
Harwood, MD  20776

Long & Foster Real Estate
5301 Buckeystown Pike, #250
Frederick, MD   21704


Low Impact Design Studio
217 C Street
Pasadena, MD   21122


Malcolm Dax
608 Progress Street, Apt. 4
Blacksburg, VA   24060


MAPES Canapies, LLC
7748 North 56th Street
Lincoln, NE   68514


Maryland Foundations, Inc.
8810 Corridor Road
Annapolis Junction, MD   20701


Matthew S. Evans, LLC
210 Duke Of Gloucester Street
Annapolis, MD   21401


McNamee Hosea Attorneys & Advisors
6411 Ivy Lane, Suite 200
Greenbelt, MD   20770


Metropolitan Fire Protection
7179 Old Alexandria Ferry Road
Clinton, MD   20735


Michael Grady
6414 Quinn Road
Frederick, MD   21701

Millenium Resource Engineering, LLC
P.O. Box 4298
Frederick, MD   21705


Minuteman Press Of Kent Island
1209 Shopping Center Road
P.O. Box 773
Stevensville, MD   21666


New Clients
3900 Gaskins Road
Richmond, VA   23233


New Home Charlestown, Inc.
P.O. Box 22573
Charleston, SC   29413


Noel's Fire Protection
415 S. Conococheague Street, Suite 100
Williamsport, MD   21795


Olde Mill Impressions
18 East Lisburn Road, Suite 102
Mechaniscburg, PA   17055


OPM, Inc.
10815 Oak Forrest Drive
Hagerstown, MD   00000


Outhouse, LLC
11226 North 23rd Avenue, #101
Phoenix, AZ   85029


Personnel Concepts
P.O. Box 3353
San Dimas, CA   91773

PinOak Interactive, LLC
P.O. Box 993
Stevensville, MD   21666


PODS
4816 PODS Way
Chesapeake, VA   23320


Poolesville Cooncrete Co., Inc.
P.O. Box 625
Poolesville, MD   20837


Potomac Edison
P.O. Box 3615
Akron, OH   44309


Prescott Public Relations
629 Old Love Point Road
Stevensville, MD   21666


ProBuild Company, LLC
7203 McKinney Circle
Frederick, MD   21704


Quill Corporation
P.O. Box 37600
Philadelphia, PA   19101


Randall Family, LLC
351 Ballenger Center Drive
Frederick, MD   21703


Rasevic Construction Company
5200 River Road Building Six
Bethesda, MD   20816

Roberson Plumbing
P.O. Box 69
Dickerson, MD   20842


Robert A. Tull, Inc.
7820 Airpark Road
Gaithersburg, MD   20879


Roll Off Services, Inc.
2040 W. Liberty Road
Westminster, MD   21157


Ruth Brothers   Portable Toilets & Septic
P.O Box 230
Grasonville, MD   21638


S.O.S. Potty's
2707 Gillis Falls Road
Woodbine, MD   21797


Sales Simplicity Software, Inc.
325 E. Elliot Road, #24
Chandler, AZ   85225


Schuman
1204 Butterworth Court
Stevensville, MD   21666


Sears
P.O. Box 183081
Columbus, OH   43218


SemaConnect, Inc.
The Harding Group
1610 West Street, Suite 100
Annapolis, MD   21401

SG Malco, Inc.
1617 The Strand
Westminster, MD  21157


Shannahan Aartesian Well Company, Inc.
P.O. Box 730
25145 St. Michaels Road
St. Michaels, MD  21663


Shore Tile Installation
4130 Middletown Branch Road
Vienna, MD  21869


Smart Computing Solutions, Inc.
111 Forbes Street
Annapolis, MD  21401


Solar Universe
1805-C Virginia Street
Annapolis, MD  21401


Solid Tops, LLC
505 South Street
Easton, MD  21601


Southern Pacific Supply Co.
8441 Dorsey Run Road, Suite A
Jessup, MD  20794


State Of  Maryland
110 Carroll Street
Annapolis, MD  21411


State Wide Septic & Backhoe, LLC
P.O. Box 176
Davidsonville, MD  21035

Structural Engineering Resources, Llc
26 North Fourth Street
Gettsburg, PA   17325


Structural Enginerering Unlimited, LLC
9322 Hillsborough Drive
Frederick, MD   21701


Structural Insulated Panel Association
P.O. Box 1699
Gig Harbor, WA   98335


Studio S2
4 North Southwood Avenue
Annapolis, MD   21401


Sunshine Cleaning And Restoration
5 Cashell Court
Olney, MD   20832


SVG Construction, LLC
924 Baltimore Annapolis Boulevard
Severna Park, MD   21146


The Appliance Source
9225 Ocean Gateway
Easton, MD   21601


The Best Install Window & Door, Inc.
7318 Monitcello Bouelvard
Springfield, VA   22150


The Dow Chemical Company
P.O. Box 281760
Atlanta, GA   30384

The L&L Company
7459 Mason King Court
Manassas, VA   20109


The Murus Company
3234 Route 549
P.O. Box 220
Mansfield, PA   16933


Top Quality Contractors Co.
14204 Cherry Lane Court
Laurel, MD   20707


Total Comfort Heating
P.O. Box 643
Smithsburg, MD   21783


Tricon Construction, Inc.
15101 Buck Lane
Upper Marlboro, MD   20772


Tuckahoe Hardwoods
8685 Commerce Drive
Easton, MD   21601


Unitel
P.O. Box 1000
Naperville, IL   60566


Vasquez Landscaping, Inc.
26865 Reservoir Drive
Marydel, MD   21649


Verizon Wireless
P.O. Box 25505
Lehigh Valley, PA   18002

Vintage Security, LLC
8220-A Stayton Drive
Jessup, MD  20794


W. Scott Jones Mech. Contractor
819 Bennett Point Road
Queenstown, MD  21658


Wagner Framing Co
36 Bloomingdale Avenue
Baltimore, MD  21228


Walker Site Maintenance
29865 Washington Road
Mechanicsville, MD  20659


Washington Gas
P.O. Box 37747
Philadelphia, PA  19101


Washingtonian
1828 L Street, NW, Suite 200
Washington
DC, 20


Wayne Drywall Company, Inc.
2931B Olney Sandy Spring Road
Olney, MD  20832


Western Cary Building Products
P.O. Box 534451
Atlanta, GA  30353


What's Up, Inc.
929 West Street, Suite 208A
Annapolis, MD  21401

Whiteford Taylor & Preston
7 Saint Paul Street
Baltimore, MD  21202


Woodsboro Bank
P.O. Box 36
Woodsboro, MD  21798


X-Press Contracting.Com
7521 Pulaski Highway
Rosedale, MD  21237


Zavos Architecture & Design, LLC
323 West Patrick Street
Frederick, MD  21701

FB 201A (Form 201A) (06/14)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total fee $335)
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

 Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total fee $310)**

 Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

 Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

 After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1167 filing fee, $550 administrative fee: Total fee $1717)**

 Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total fee $275)**

 Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

 A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only