# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

Date: 3/25/15

In re:   Case No.:   15–14096 DER     Chapter:   7

Michael William Murphy
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT: 6 – Social Security Number Verification Page on behalf of Michael William Murphy Filed by Samuel H. Paavola. (Paavola, Samuel)

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 4/8/15. Verification form indicates that debtor does not have an assigned Social Security Number. However, a full SSN was entered into the CM/ECF system on behalf of the debtor and the last four digits of debtor's SSN were provided on the first page of the Voluntary Petition.**

CURE: Please file a corrective pleading by the prescribed cure date.

CONSEQUENCE: Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

                                                        Mark A. Neal, Clerk of Court
                                                        by Deputy Clerk, Chris Adams  410–962–4215

cc:   Debtor(s)
      Attorney for Debtor(s) – Samuel H. Paavola

Form defntc (11/2013)