Bay Area Disposal, LLC
7105 Industrial Drive
Owings Mills, MD   20736


Bob & Linda Arnold
664 Central Avenue W
Davidsonville, MD   21035


Capital Bulding Supply
1225 Maryland Avenue
Hagerstown, MD   21740


Care Services, Inc.
19 W. Sunset Avenue
Williamsport, MD   21795


Club One Fitness
210 Country Day Road
Chester, MD   21619


CommPutercations, Inc.
5712 Industry Lane
Frederick, MD   21704


Drawing Board Plus
22 Kenneth Drive
Walkersville, MD   21793


Kelly & Associates Financial Services
301 International Circle
Hunt Valley, MD   21030


Nexus Energy Homes, Inc.
1000 Island Professional Park
Stevensville, MD   21666

Schaefer Siding
248 Adam Smith Street
Sykesville, MD  21784


Sonny Easton Roll-Off, LLC
411 Horseshoe Road
Easton, MD  21601


Structural Insulated Panel Association
1201 Pacific Avenue, Suite 600
Tacoma, WA  98402