Signed: April 17, 2015
DENIED
The "objection" requests relief that cannot be
granted.



DAVID E. RICE
U.S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND (BALTIMORE)

IN RE:                                          *       Chapter 7

MICHAEL WILLIAM MURPHY          *       CASE NO. 15-14096

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### OBJECTION TO CREDITOR DESIGNATION AS UNSECURED

Comes now your Movant, Southern Pacific Supply Co., Inc., by and through their attorneys, HILLMAN, BROWN & DARROW, P.A., and Michael P. Darrow, and objects to the Debtor's filing with respect to Southern Pacific Supply Co., Inc., and states as follows:

1.      That attached hereto and incorporated herein is a copy of the Judgment obtained against the Debtor, Michael William Murphy in the Circuit Court of Maryland for Anne Arundel County in the amount of $27,000.00.

2.      That said creditor is therefore a secured creditor and should be classified as such in the bankruptcy filing.

Respectfully submitted:

_____
Michael P. Darrow (mpd@hbdlaw.com)
HILLMAN, BROWN & DARROW, P.A.
221 Duke of Gloucester Street
Annapolis, Maryland 21401-2500
410-263-3131, (Fax) 410-269-7912
Attorney for Movant

### CERTIFICATE OF SERVICE

I hereby certify that on this ____30____ day of March, 2015, a copy of the Objection to Credit Designation as Unsecured was filed electronically and served via first class mail, postage prepaid, to:

Samuel H. Paavola, Esquire
One Willow Street
Annapolis, Maryland 21401

_____
Michael P. Darrow

MPD:jao\16328.19/2013486/033015

DENIED

CIRCUIT COURT FOR ANNE ARUNDEL COUNTY
Robert P. Duckworth
Clerk of the Circuit Court
7 Church Circle
Post Office Box 71
Annapolis, MD 21404-0071
(410)-222-1420, TTY for Deaf: (410)-222-1429
Civil (410)222-1431


N O T I C E   O F   R E C O R D E D   J U D G M E N T
                                    Case Number: 02-C-13-181486 CN
                                    C I V I L
Southern Pacific Supply Co Inc Vs Michael Murphy, Et Al

    I HEREBY CERTIFY that the following Judgment has been recorded in this
Court in the above entitled case:

Judgment Against:   Murphy, Michael   [Individually]
                    1000 Island Professional Park
                    Stevensville, MD   21666

Judgment in Favor of:   Southern Pacific Supply Co Inc

Judgment Ordered On:   08/29/14
Judgment Entry Date:   08/29/14                    Other Fee: $.00
Amount of Judgment:   $27,000.00                   Service Fee: $.00
PreJudgment Interest:   $.00                       Witness Fee: $.00
Appearance Fee:   $.00                             Attorney Fee: $.00
Filing Fee:   $.00                                 Total Judgment: $27,000.00
                    Joint and Several, Plaintiff will not undertake
                    collections for 45 days.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of this Court.


Robert P. Duckworth
Clerk of the Circuit Court


Issued:   08/29/14